UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmitrii SHALAI,<br><br>        Petitioner,<br><br>v.<br><br>WARDEN, SAN LUIS REGIONAL DETENTION CENTER IN AZ,<br><br>        Respondent. | Case No.: 3:25-cv-2410-AGS-MMP<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

  Petitioner, representing himself, requests a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention. (*See* ECF 1.) But there are two problems. First, a habeas corpus petition must either be accompanied by a $5.00 filing fee or an application to proceed without payment of the filing fee, also known as a request to proceed in forma pauperis. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 3(a). Because petitioner has done neither, the case must be dismissed. Second, the "plain language of the habeas statute," 28 U.S.C. § 2241, "confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Petitioner asserts that he is confined at the San Luis Regional Detention Center in Arizona, not in this district. (*See* ECF 1, at 1.)

  So, this case is **DISMISSED** without prejudice. If petitioner wishes to proceed, by **October 24, 2025**, he must either pay the $5.00 filing fee or submit an adequately supported request to proceed without payment. By that same date, he must also provide authority that this Court—rather than the District of Arizona—may hear his claim. The Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.

Dated: September 19, 2025

                                  _____
                                  Hon. Andrew G. Schopler
                                  United States District Judge